UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONSTANCE WOODS-TYLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.   1:20-cv-1884 |
| | ) | |
| INDIANAPOLIS METROPOLITAN | ) | |
| POLICE DEPARTMENT, J. STEWARD, | ) | |
| B. GARNER, JOHN DOE 1, JOHN DOE 2 | ) | |
| and JOHN DOE 3, | ) | |
| | ) | |
| Defendants. | ) | |

SUMMONS IN CIVIL ACTION

TO:

**Indianapolis Metropolitan Police Department**
50 N Alabama Street
Indianapolis IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Ian Goodman*
*Joshua Lowry*
*PAGANELLI LAW GROUP*
*10401 N. Meridian St., Suite 450*
*Indianapolis, IN. 46290*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____            _____
                                       Signature of Clerk or Deputy Clerk

**PROOF OF SERVICE**
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____  _____
Server's Signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONSTANCE WOODS-TYLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.   1:20-cv-1884 |
| | ) | |
| INDIANAPOLIS METROPOLITAN | ) | |
| POLICE DEPARTMENT, J. STEWARD, | ) | |
| B. GARNER, JOHN DOE 1, JOHN DOE 2 | ) | |
| and JOHN DOE 3, | ) | |
| | ) | |
| Defendants. | ) | |

SUMMONS IN CIVIL ACTION

TO:

John Doe 1
Indianapolis Metropolitan Police
Department
50 N Alabama Street
Indianapolis IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Ian Goodman*
*Joshua Lowry*
*PAGANELLI LAW GROUP*
*10401 N. Meridian St., Suite 450*
*Indianapolis, IN. 46290*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
Signature of Clerk or Deputy Clerk

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____    _____
Server's Signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONSTANCE WOODS-TYLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.   1:20-cv-1884 |
| | ) | |
| INDIANAPOLIS METROPOLITAN | ) | |
| POLICE DEPARTMENT, J. STEWARD, | ) | |
| B. GARNER, JOHN DOE 1, JOHN DOE 2 | ) | |
| and JOHN DOE 3, | ) | |
| | ) | |
| Defendants. | ) | |

SUMMONS IN CIVIL ACTION

TO:

John Doe 2
Indianapolis Metropolitan Police
Department
50 N Alabama Street
Indianapolis IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Ian Goodman*
*Joshua Lowry*
*PAGANELLI LAW GROUP*
*10401 N. Meridian St., Suite 450*
*Indianapolis, IN. 46290*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                      Signature of Clerk or Deputy Clerk

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____  _____
Server's Signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSTANCE WOODS-TYLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.   1:20-cv-1884 |
| ) | |
| INDIANAPOLIS METROPOLITAN ) | |
| POLICE DEPARTMENT, J. STEWARD, ) | |
| B. GARNER, JOHN DOE 1, JOHN DOE 2 ) | |
| and JOHN DOE 3, ) | |
| ) | |
| Defendants. ) | |

SUMMONS IN CIVIL ACTION

TO:

John Doe 3
Indianapolis Metropolitan Police
Department
50 N Alabama Street
Indianapolis IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Ian Goodman*
*Joshua Lowry*
*PAGANELLI LAW GROUP*
*10401 N. Meridian St., Suite 450*
*Indianapolis, IN. 46290*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ _____
Signature of Clerk or Deputy Clerk

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                   Server's Signature

                                   _____
                                   Printed name and title

                                   _____
                                   Server's address

Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONSTANCE WOODS-TYLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.   1:20-cv-1884 |
| | ) | |
| INDIANAPOLIS METROPOLITAN | ) | |
| POLICE DEPARTMENT, J. STEWARD, | ) | |
| B. GARNER, JOHN DOE 1, JOHN DOE 2 | ) | |
| and JOHN DOE 3, | ) | |
| | ) | |
| Defendants. | ) | |

SUMMONS IN CIVIL ACTION

TO:

Sergeant B. Garner
Indianapolis Metropolitan Police
Department
50 N Alabama Street
Indianapolis IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Ian Goodman*
*Joshua Lowry*
*PAGANELLI LAW GROUP*
*10401 N. Meridian St., Suite 450*
*Indianapolis, IN. 46290*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                       Signature of Clerk or Deputy Clerk

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                          Server's Signature

                                          _____
                                          Printed name and title

                                          _____
                                          Server's address

Additional information regarding attempted service, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSTANCE WOODS-TYLER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INDIANAPOLIS METROPOLITAN )<br>POLICE DEPARTMENT, J. STEWARD, )<br>B. GARNER, JOHN DOE 1, JOHN DOE 2 )<br>and JOHN DOE 3, )<br>)<br>Defendants. ) | Civil Action No.   1:20-cv-1884 |

SUMMONS IN CIVIL ACTION

TO:

Officer J. Steward
Indianapolis Metropolitan Police
Department
50 N Alabama Street
Indianapolis IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Ian Goodman*
*Joshua Lowry*
*PAGANELLI LAW GROUP*
*10401 N. Meridian St., Suite 450*
*Indianapolis, IN. 46290*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                                                                              Signature of Clerk or Deputy Clerk

### PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)*_____.

☐   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*

_____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                    Server's Signature

                                    _____
                                    Printed name and title

                                    _____
                                    Server's address

Additional information regarding attempted service, etc.